**No. 11-5681. Jared Lloyd Shanklin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 948, 132 S. Ct. 409, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7324.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 319.